PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RUSSELL DEVINEY,<br><br>　　　　　　Defendant. | Case No. 1:15-mj-00075 SKO<br><br>**THE UNITED STATES' REQUEST FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE; [PROPOSED] ORDER** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the Complaint against RUSSELL DEVINEY, without prejudice and in the interest of justice.

Respectfully submitted,

Dated: August 16, 2017　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　By:　/s/ BRIAN W. ENOS
　　　　　　　　　　　　　　　　　　　　　　BRIAN W. ENOS
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

///

///

///

UNITED STATES' REQUEST FOR DISMISSAL OF
COMPLAINT WITHOUT PREJUDICE; [PROPOSED] ORDER

1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Criminal Complaint against RUSSELL DEVINEY be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated: _____                 _____
                                                                        United States Magistrate Judge