1 PHILLIP A. TALBERT
United States Attorney
2 BRIAN W. ENOS
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, Ca 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 1:15-mj-00075 SKO |
|---|---|
| Plaintiff, | **THE UNITED STATES' REQUEST FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| RUSSELL DEVINEY, | |
| Defendant. | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the Complaint against RUSSELL DEVINEY, without prejudice and in the interest of justice.

Respectfully submitted,

Dated: August 16, 2017                  PHILLIP A. TALBERT
                                        United States Attorney

                                  By:  /s/ BRIAN W. ENOS
                                            BRIAN W. ENOS
                                            Assistant United States Attorney

///

///

///

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the Criminal Complaint against RUSSELL DEVINEY be dismissed, without prejudice and in the interest of justice and the Warrant is Ordered Recalled.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: __August 16, 2017__        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE