# UNITED STATES DISTRICT COURT
for the
Eastern District of California

ISSUED

FILED
NOV 01 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:15-MJ-00075 SKO |
| Russell Deviney | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

USMS FRESNO RCVD
MAY 18 2015 AM 8:05

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Russell Deviney (DOB 01/01/1967)                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Coercion and enticement, in violation of Title 18, United States Code, Section 2422(b);
Transportation of minor with intent to engage in criminal sexual activity in violation of Title 18, United States Code, Section 2423(a); and
Travel with intent to engage in illicit sexual conduct, in violation of Title 18, United States Code, Section 2423(b).

Date:  May 15, 2015                                                      /s/ Sheila K. Oberto
                                                                          *Issuing officer's signature*

City and state:   Fresno, California                                      Hon. Sheila K. Oberto, U.S. Magistrate Judge
                                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                                      _____
                                                                          *Arresting officer's signature*

                                                                          _____
                                                                          *Printed name and title*

---

9811032                                    Dismissed

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Russell Deviney (DOB 01/01/1967)

Known aliases:

Last known residence: 11000 16th Ave SE #101, Everett, WA 98208

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 01/01/1967

Social Security number:

Height: 6'2"  Weight: 185

Sex: M  Race: White

Hair: Blond  Eyes: Hazel

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: FBI, 7815 North Palm, Suite 320, Fresno, CA 93711

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: